# United States District Court
## *Southern District of Georgia*

CHASLIE LAWRENCE LEWIS, et al.,

        Plaintiffs,

                            JUDGMENT IN A CIVIL CASE

**V.**                            CASE NUMBER:  CV 117-115

UNIVERSITY HOSPITAL, et al.,

        Defendants.

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

pursuant to the Order dated June 4, 2018, that Defendants' Motion to dismiss is granted. Plaintiffs'

claims are hereby dismissed for lack of subject matter jurisdiction.  This case stands closed.

06/04/2018
_____
*Date*

Scott L. Poff
_____
*Clerk*

*/s/ Jamie Hodge*
_____
*(By) Deputy Clerk*