IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| CHRISTOPHER LAWRENCE, | ) |
| Plaintiff-Appellant, | ) Case No. CV 117-115 |
| PETRICE RISKS, et al., | ) Appeal No. 18-12788-EE |
| Plaintiffs, | ) |
| v. | ) |
| UNIVERSITY HOSPITAL, UNIVERSITY HOSPITAL BOARD OF COMMISSIONERS, CEO JIM DAVIS, DR. FARR, CNO REYNEE GALLUP, et. al., | ) |
| Defendants - Appellees, | ) |

## ORDER

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

**SO ORDERED**, this ____9th____ day of August 2019.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA